

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2016

No. 04-16-00094-CV

**IN THE INTEREST OF K.A.C.G.F. AND J.E.G.F., JR., CHILDREN,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00383
Honorable Martha Tanner, Judge Presiding

## O R D E R

In this accelerated appeal of the February 17, 2016 order terminating appellant mother's parental rights to her two children, the State's brief was due on June 6, 2016. *See* TEX. R. APP. P. 38.6(b).

On May 18, 2016, counsel for John F., the children's father, filed a notice of appearance and requested a copy of the record to prepare an appellate brief for the father. On the brief's due date, appellee John F. filed an unopposed first motion for extension of time to file the brief until June 27, 2016.

The requested due date will be 130 days after the notice of appeal was filed. *See* TEX. R. APP. P. 38.6(a); *see also* TEX. R. JUD. ADMIN. 6.2, http://www.txcourts.gov/media/1343593/Rules-of-Judicial-Administration-updated-with-amendments-effective-March-22-2016-.pdf (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

Appellant John F.'s motion is GRANTED. **Appellee's brief must be filed with this court not later than June 27, 2016. NO FURTHER EXTENSIONS OF TIME TO FILE APPELLEE'S BRIEF WILL BE GRANTED.**

If counsel cannot file the brief by June 27, 2016, counsel must immediately advise this court of that inability and this court will issue an appropriate order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court

